Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-12-00139-CV

**VALLEY FORGE INSURANCE COMPANY**,
Appellant

v.

Dennis B. **GILLETT**, WPM Construction Services, Inc., Clark-Hunt JV, Clark Construction
Group, LLC, and Hunt Construction Group, Inc.,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00934
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  July 11, 2012

DISMISSED

Appellant filed a motion to dismiss this appeal asserting it no longer desires to prosecute

the appeal because the matter had been resolved. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties

regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP.

P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM